IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02290-BNB

ANDREW WOLTERS,

    Plaintiff,

v.

ALEX HUNTER, Boulder District Attorney, and
TIM WICKMAN, Boulder Police Detective,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 2 1 2007

GREGORY C. LANGHAM
CLERK

---

ORDER GRANTING 28 U.S.C. § 1915 MOTION

---

Plaintiff, Andrew Wolters, is a prisoner in the custody of the United States Bureau of Prisons at a federal prison in Pollock, Louisiana. Mr. Wolters has filed *pro se* a Prisoner Complaint and a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. The motion seeking leave to proceed *in forma pauperis* will be granted. Based on the information about his financial status, the court finds that Mr. Wolters is unable to pay an initial partial filing fee pursuant to § 1915(b)(1).

Title 28 U.S.C. § 1915 requires a prisoner bringing a civil action "to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). If a prisoner is unable to afford the full amount of the filing fee when the case is filed, the statute provides for payment of the filing fee through an initial partial filing fee and monthly installments of the balance until the full filing fee is paid. However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the

prisoner has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4).

Mr. Wolters may proceed in this action without payment of an initial partial filing fee. However, although he need not pay an initial partial filing fee, Mr. Wolters remains obligated to pay the required $350.00 filing fee through monthly installments as directed in this order. Accordingly, it is

ORDERED that the motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 is granted. It is

FURTHER ORDERED that Mr. Wolters may proceed in this action without payment of an initial partial filing fee. Mr. Wolters remains obligated to pay the full amount of the required $350.00 filing fee pursuant to § 1915(b)(1) regardless of the outcome of this action. It is

FURTHER ORDERED that, until the $350.00 filing fee is paid in full, Mr. Wolters shall make monthly payments to the court of twenty (20) percent of the preceding month's income credited to his account or show cause why he has no assets and no means by which to make each monthly payment. Mr. Wolters is directed to make the necessary arrangements to have the monthly payments identified by the civil action number on this order. In order to show cause, Mr. Wolters must file a current certified copy of his trust fund account statement. It is

FURTHER ORDERED that if Mr. Wolters fails to have the appropriate monthly payment sent to the clerk of the court each month or to show cause each month as directed above why he has no assets and no means by which to make the monthly payment, the complaint may be dismissed without prejudice and without further notice.

It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED November 21, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02290-BNB

Andrew Wolters
Prisoner No. 10010-112
1000 Airbase Road
PO Box 2099
Pollock, LA 71467

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/21/07

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk