IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02290-WYD-CBS

ANDREW WOLTERS,

    Plaintiff,

v.

ALEX HUNTER, Boulder District Attorney, and
TOM WICKMAN, Boulder Police Detective,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 28 2008

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: January 24, 2008

        BY THE COURT:

        <u>s/ Wiley Y. Daniel</u>
        Wiley Y. Daniel
        U. S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02290-WYD-CBS

Andrew Wolters
Prisoner No. 10010-112
USP - Pollock
PO Box 2099
1000 Airbase Road
Pollock, LA 71467

US Marshal Service
Service Clerk
Service forms for: Alex Hunter, and Tom Wickman

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Alex Hunter, and Tom Wickman: AMENDED COMPLAINT FILED 01/14/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 1/28/08 .

                          GREGORY C. LANGHAM, CLERK

                          By: _____
                                  Deputy Clerk