IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02290-WYD-CBS

ANDREW WOLTERS,
    Plaintiff,
v.

ALEX HUNTER, Boulder District Attorney, and
TOM WICKMAN, Boulder Police Detective,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Wolters' letter (filed on March 17, 2008 (doc. # 37). Pursuant to the Order of Reference dated February 13, 2008 (doc. # 26), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, . . ." Mr. Wolters indicates that he has "not received any information indicating that the complaint had been received by the defendants nor had I received any information as to any response by the defendants." The court having reviewed Mr. Wolters' letter and the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    Defendants are directed to re-mail a copy of "Defendants' Joint Motion to Dismiss" (doc. # 33) to Mr. Wolters at his current address on record with the court: Andrew Wolters, Inmate # 10010-112, United States Prisons, P.O. Box 2099, Pollock, Louisiana 71467.

    2.    **On or before April 30, 2008**, Mr. Wolters may file any response he has to "Defendants' Joint Motion to Dismiss" (doc. # 33).

    DATED at Denver, Colorado, this 17th day of March, 2008.

                                                BY THE COURT:

                                                  s/Craig B. Shaffer
                                                  United States Magistrate Judge