IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02290-WYD-CBS

ANDREW WOLTERS,
	Plaintiff,
v.

ALEX HUNTER, Boulder District Attorney, and
TOM WICKMAN, Boulder Police Detective,
	Defendants.

___

ORDER DIRECTING PLAINTIFF TO MAKE
MONTHLY FILING FEE PAYMENT OR TO SHOW CAUSE

___

Magistrate Judge Craig B. Shaffer

By Order entered on November 21, 2007 (doc. # 8), the court granted Mr. Wolters leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pursuant to § 1915(b)(2), Mr. Wolters is required to make "monthly payments of 20 percent of the preceding month's income credited to his account" until the filing fee is paid in full. In the Order granting leave to proceed *in forma pauperis*, the court instructed Mr. Wolters either to make the required monthly payments or to show cause each month why he has no assets and no means by which to make the monthly payment. In order to show cause, Mr. Wolters was directed to file a certified copy of his inmate trust fund account statement. The court warned Mr. Wolters that failure to comply with the requirements of § 1915(b)(2) would result in the dismissal of this civil action.

On December 28, 2007, January 28, 2008, February 25, 2008, and March 24, 2008, Mr. Wolters filed copies of "Inmate Inquir[ies]," purportedly complying "with the court's order filed on 11-21-07 (doc. 8)." (*See* docs. #15, # 22, # 32, and # 40). The

Inmate Inquiries submitted on December 28, 2007, January 28, 2008, February 25, 2008, and March 24, 2008 reflect only a current balance and do not reflect the preceding month's income credited to Mr. Wolters' account or itemize the monthly disbursements from his account.

The court has directed Mr. Wolters to make monthly payments of twenty percent (20%) of the *preceding month's income credited to his trust fund account* or show cause each month by filing *a current certified copy of his trust fund account statement*. (*See* doc. # 8) (emphasis added). Mr. Wolters' submissions of Inmate Inquiries do not comply with the court's requirement to make the monthly payments or to show cause why he cannot make the monthly payments by filing a certified copy of his inmate trust fund account statement.

Accordingly, IT IS ORDERED that by **April 15, 2008,** Mr. Wolters shall either make the required monthly payment for December 2007, January 2008, February 2008, and March 2008, or show cause for his inability to pay. In order to show cause, Mr. Wolters must file a certified copy of his trust fund account statement for each month. If payment is made for the preceding month, in order to verify that the appropriate amount is being paid, Mr. Wolters must file a certified copy of his trust fund account statement for that month. The civil action number should be noted on all payments as well as on any trust fund statements that are filed with the court.

FURTHER, IT IS ORDERED that by the **15th day** of **each** month hereafter Mr. Wolters shall either make the required monthly payment for each month or file a certified copy of his inmate trust fund account statement for the month demonstrating

that he is not required pursuant to 28 U.S.C. § 1915(b)(2) to make a monthly payment. If payment is made for the preceding month, in order to verify that the appropriate amount is being paid, Mr. Wolters must file a certified copy of his trust fund account statement for that month. The civil action number should be noted on all payments as well as on any trust fund statements that are filed with the court. If Mr. Wolters fails to comply with this Order, this civil action may be dismissed without further notice.

DATED at Denver, Colorado this 26th day of March, 2008.

BY THE COURT:

 s/ Craig B. Shaffer
United States Magistrate Judge